# Third District Court of Appeal

## State of Florida

Opinion filed May 20, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2137
Lower Tribunal No. 14-7210
_____

**3L Real Estate LLC, etc.,**
Appellant,

vs.

**Upstate Enterprises, LLC, etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jerald Bagley, Judge.

Raul E. Espinoza, for appellant.

Bradley W. Butcher (Fort Myers), for appellee.

Before ROTHENBERG, SALTER and FERNANDEZ, JJ.

PER CURIAM.

Plaintiff/counter-defendant/appellant 3L Real Estate LLC appeals to this Court the trial court's Final Judgment to Quiet Title to Real Property and for

Reforeclosure, as well as the trial court's non-final order granting defendant/counter-plaintiff/appellee Upstate Enterprises LLC's Motion to Compel Plaintiff/Counter-Defendant to Exercise Right of Redemption. Appellee agrees with appellant that as a result of the mortgagee's failure to name the appellant in the underlying mortgage foreclosure, the appellant's February 19, 2014 Certificate of Title was void, and the trial court's order compelling appellant to redeem the property constituted error. Accordingly, based on appellee's concession of error, we reverse the Final Judgment to Quiet Title to Real Property and for Reforeclosure entered on August 5, 2014, as well as the trial court's Order on appellee's Motion to Compel entered on June 4, 2014, and remand to the trial court for further proceedings consistent with this opinion.

Reversed and remanded.